IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRADY HAROLD SULLIVAN, JR.,<br><br>Defendant. | CR 20-55-M-DWM<br><br>**ORDER** |

Defendant has filed an Unopposed Motion to Clarify Conditions of Release. (Doc. 27.) Accordingly, IT IS ORDERED that the Court will conduct a hearing on Defendant's motion on **April 22, 2021, at 1:30 p.m.** at the Russell Smith Federal Courthouse in Missoula, Montana.

DATED this 21st day of April, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge