IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRADY HAROLD SULLIVAN, JR.,<br><br>Defendant. | CR 20-55-M-DWM<br><br><br><br>ORDER |

Defendant Grady Harold Sullivan, Jr., has filed an Unopposed Motion to Appear Via Video at the hearing scheduled for April 22, 2021, at 1:30 p.m. Good cause appearing,

IT IS ORDERED that Defendant's motion to appear remotely at the April 22, 2021 hearing is GRANTED.  The Clerk of Court shall notify counsel for Defendant via e-mail of the meeting ID and password. **Zoom Guidance and Setup available at:** https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 21st day of April, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1