IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–55–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| GRADY HAROLD SULLIVAN, JR., | |
| Defendant. | |

Defendant Grady Harold Sullivan, Jr. having moved for continued release pending appeal and the matter having been addressed on the record during the sentencing hearing,

IT IS ORDERED that the motion (Doc. 49) is GRANTED. *See* 18 U.S.C. § 3143(b). The defendant shall remain on release pending the resolution of an appeal in this case. The defendant must notify the Court of the resolution of any appeal—either through voluntary dismissal or final disposition—within ten (10) days.

IT IS FURTHER ORDERED that during this time period, the defendant shall remain subject to the pretrial conditions of release, as well as the following condition:

You must submit your person, residence, place of employment, vehicles, and papers, to a search, with or without a warrant by any

probation officer, or by any law enforcement officer upon the express direction of the probation officer, with reasonable suspicion concerning a violation of supervision or unlawful conduct. Failure to submit to search may be grounds for revocation. You must warn any other occupants, adults and minors, that the premises may be subject to searches pursuant to this condition. You must allow seizure of suspected contraband for further examination.

DATED this _25th_ day of February, 2022.

Donald W. Molloy, District Judge
United States District Court